# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**BERRY MORROW**  **PLAINTIFF**
**ADC #143825**

v.   CASE NO. 5:14CV00061 BSM

**MARVIN HUGHEY et al.**   **DEFENDANTS**

## ORDER

The partial recommended disposition from United States Magistrate Judge Beth Deere have been received, along with the objections filed by Mr. Morrow. After careful review and a *de novo* review of the record, it is concluded that the recommendations should be, and hereby are, approved and adopted in all respects.

Accordingly, Mr. Morrow's motion for a preliminary injunctive relief [Doc. No. 4] is DENIED.

IT IS SO ORDERED this 25th day of March 2014.

_____
UNITED STATES DISTRICT JUDGE