IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BERRY MORROW
ADC #143825                                                                                                    PLAINTIFF

V.                              CASE NO. 5:14-CV-00061 BSM/BD

MARVIN HUGHEY, et al.                                                                                    DEFENDANTS

## ORDER

The Court recently granted Mr. Morrow's motion to reopen this case. (Docket entry #12) Accordingly, Mr. Morrow now has thirty days to either submit a complete an application to proceed *in forma pauperis* ("IFP") or pay the $400 filing fee. The Clerk of the Court is directed to include an IFP application along with a copy of this Order.

The Clerk of the Court also is directed to send a copy of this Order to the Warden of the Maximum Security Unit, 2501 State Farm Road, Tucker, Arkansas 72168. If ADC officials do not assist Mr. Morrow with his IFP application, he should notify the Court within thirty days so that the Court can resolve this preliminary issue.

IT IS SO ORDERED, this 10th day of April, 2014.

_____
UNITED STATES MAGISTRATE JUDGE