IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BERRY MORROW
ADC #143825                                                                                                  PLAINTIFF

V.                          CASE NO. 5:14CV00061-BSM-BD

MARVIN HUGHEY, *et al.*                                                                          DEFENDANTS

## ORDER

In this civil rights action, Plaintiff Berry Morrow was granted *in forma pauperis* status on May 14, 2014. Summons directed to Defendant Nancy Jackson was returned to the court unexecuted. (Docket entry #48) Counsel for Corizon, Inc., has notified the court that this Defendant is not a present or past employee of Corizon, and that it cannot accept service of process.

The Clerk of Court is directed to re-issue summons for Defendant Nancy Jackson in care of the Arkansas Department of Correction, Compliance Division, Post Office Box 20550, Pine Bluff, Arkansas 71612. The United States Marshal is directed to serve the summons, along with a copy of the complaint and amended complaint (#2, #21) and any attachments, without requiring prepayment of fees and costs or the posting of security.

IT IS SO ORDERED, this 30th day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE