IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BERRY MORROW**                                                                                       **PLAINTIFF**
**ADC #143825**

v.                              **CASE NO. 5:14CV00061 BSM**

**MARVIN HUGHEY et al.**                                                                       **DEFENDANTS**

## ORDER

The partial recommended disposition ("PRD") filed by Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful consideration, the PRD is hereby approved and adopted in its entirety in all respects.

IT IS THEREFORE ORDERED that Berry Morrow's motions for preliminary injunctive relief [Doc. No. 82] and for temporary restraining order [Doc. No. 84] are denied.

IT IS SO ORDERED this 24th day of March 2015.

_____
UNITED STATES DISTRICT JUDGE