## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**BERRY MORROW**  **PLAINTIFF**
**ADC #143825**
**v.**  **CASE NO. 5:14CV00061 BSM**

**MARVIN HUGHEY et al.**  **DEFENDANTS**

### ORDER

The partial recommended disposition ("recommendation") filed by Magistrate Judge Beth Deere have been reviewed. No objection has been filed. After careful consideration, the recommendation is hereby adopted in all respects.

Berry Morrow's motion for preliminary injunctive relief and temporary restraining order [Doc. No. 103] is denied.

IT IS SO ORDERED this 9th day of June of 2015.

_____
UNITED STATES DISTRICT JUDGE