## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**BERRY MORROW**                                                                                    **PLAINTIFF**
**ADC #143825**

v.                             CASE NO. 5:14CV00061 BSM

**MARVIN HUGHEY et al.**                                                                   **DEFENDANTS**

## ORDER

The recommended disposition ("RD") filed by United States Magistrate Judge Beth Deere has been reviewed. No objection has been filed. After careful consideration, the RD is hereby adopted in all respects.

IT IS THEREFORE ORDERED that:

1   Plaintiff Berry Morrow's claims are dismissed with prejudice.

2   It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 6th day of July 2015.

_____
UNITED STATES DISTRICT JUDGE